COURT OF APPEALS OF VIRGINIA

Present: Judges Decker, Malveaux and Senior Judge Annunziata

UNPUBLISHED

ALLISON ARMIGER

MEMORANDUM OPINION*
v.      Record No. 0618-17-1                    PER CURIAM
AUGUST 29, 2017

CHESBAY DISTRIBUTING, LLC AND
  INDEMNITY INSURANCE COMPANY OF AMERICA

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(R. Barry Rowell; Valverde & Rowell, P.C., on brief), for appellant.

(Rachel A. Riordan; Joseph P. Smith, III; Kalbaugh Pfund &
Messersmith, on brief), for appellees.

Allison Armiger appeals a decision of the Workers' Compensation Commission denying

her motion to reopen and vacate the petition and order settling all claims. The Commission

found that her motion was untimely and that she failed to establish a mutual mistake of fact or

other legal basis for vacating the petition and order.

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the Commission in its final

opinion. See Armiger v. Chesbay Distrib., LLC, JCN VA00000940587 (Mar. 16, 2017). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

adequately presented in the materials before the Court and argument would not aid the decisional

process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____
* Pursuant to Code § 17.1-413, this opinion is not designated for publication.